IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCUS QUINN BLAIR, Jr.,** | CIV S-06-0556 LKK DAD P |
| Petitioner, | **ORDER GRANTING SECOND ENLARGEMENT OF TIME TO FILE ANSWER** |
| v. | |
| **LE ANN CHRONES, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, respondent's June 16, 2006 application for enlargement of time is granted, and the time for filing an answer to the petition for writ of habeas corpus is extended to and including July 21, 2006.

DATED: June 19, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/blai0556.eotresp2