IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCUS QUINN BLAIR, Jr.,** | CIV S-06-0556 LKK DAD P |
| Petitioner, | **ORDER GRANTING FINAL ENLARGEMENT OF TIME TO FILE ANSWER** |
| v. | |
| **LE ANN CHRONES, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, the time for filing an answer to the petition for writ of habeas corpus is extended to and including September 1, 2006.

DATED: August 11, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/blai0556.eotresp4