IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS QUINN BLAIR, JR.,

           Petitioner,          No. CIV S-06-0556 LKK DAD P

    vs.

LE ANN CHRONES,

           Respondent.       ORDER

_____/

        Petitioner has requested an enlargement of time to December 1, 2006, in which to file his traverse to respondent's answer.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Petitioner's September 21, 2006 application for enlargement of time is granted; and

        2.  Petitioner's traverse shall be filed on or before December 1, 2006.

DATED: October 11, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
blai0556.111