IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS QUINN BLAIR, JR.,

    Petitioner,               No. CIV S-06-0556 LKK DAD P

    vs.

LE ANN CHRONES,

    Respondent.             ORDER

_____/

    Petitioner has requested a second extension of time to file and serve a traverse to respondent's answer filed August 29, 2006. Petitioner previously requested and received a sixty-day extension of time. Petitioner now seeks an additional ninety days, for a total of six months in which to file a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's November 20, 2006 application for enlargement of time is granted.

    2. Petitioner shall file and serve his traverse on or before March 1, 2007. No further extension of time will be granted for this purpose.

DATED: November 29, 2006.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:mp
blai0556.111sec