IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS QUINN BLAIR, JR.,

    Petitioner,                    No. CIV S-06-0556 LKK DAD P

    vs.

LE ANN CHRONES,

    Respondent.                  ORDER

_____/

    Petitioner has requested appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). Counsel may be appointed at any stage of a habeas case "if the interests of justice so require." 18 U.S.C. § 3006A. See also Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice require appointment of counsel. IT IS ORDERED that petitioner's November 30, 2006 motion for appointment of counsel is denied.

DATED: December 8, 2006.

                                                  /s/ Dale A. Drozd
                                                  DALE A. DROZD
DAD:13:bb                                    UNITED STATES MAGISTRATE JUDGE
blai0556.110