1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARCUS QUINN BLAIR, JR.,

11            Petitioner,                    No. CIV S-06-0556 LKK DAD P

12        vs.

13   LE ANN CHRONES,

14            Respondent.               <u>ORDER</u>

15   _____/

16            Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of

17   this court's January 11, 2010 denial of his application for a writ of habeas corpus.  Before

18   petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c);

19   Fed. R. App. P. 22(b).

20            A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

21   applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

22   § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues

23   satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

24            A certificate of appealability should be granted for any issue that petitioner can

25   demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

26   /////

court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issue(s) presented in the instant petition: (1) whether juror misconduct deprived petitioner of his right to a fair trial, and (2) whether the trial judge violated petitioner's right to due process by failing to properly respond to two questions from the jury.

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

DATED: February 23, 2010.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. <u>Jennings</u>, at 1010.