IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS QUINN BLAIR, JR.,

        Petitioner,                No. CIV S-06-0556 LKK DAD P

   vs.

LE ANN CHRONES,

        Respondent.        <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's January 11, 2010 denial of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

/////

1

1  court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,

2  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

3          Petitioner has made a substantial showing of the denial of a constitutional right in

4  the following issue(s) presented in the instant petition:  (1) whether juror misconduct deprived

5  petitioner of his right to a fair trial, and (2) whether the trial judge violated petitioner's right to

6  due process by failing to properly respond to two questions from the jury.

7          Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is

8  issued in the present action.

9  DATED:  February 23, 2010.

10

11

12                                    LAWRENCE K. KARLTON
                                      SENIOR JUDGE
13                                    UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25      [1] Except for the requirement that appealable issues be specifically identified, the standard
    for issuance of a certificate of appealability is the same as the standard that applied to issuance of
26  a certificate of probable cause.  <u>Jennings</u>, at 1010.